IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIAN FEWELL,

    Plaintiff,

  v.                                    CIV. NO. 1:21-cv-00398-KG-SCY

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 29), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

                                                                                            UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

    */s/ Electronically submitted 04/29/22*
    DORRELYN K. DIETRICH
    Special Assistant United States Attorney
    Attorney for Defendant

    */s/ Electronically approved 04/28/22*
    BENJAMIN E. DECKER
    Attorney for Plaintiff