IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIAN FEWELL,

    Plaintiff,

v.	Civ. No. 21-0398 KG/SCY

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1. Judgment is entered in favor of Plaintiff and against Defendant; and

2. This case is remanded.

_____
UNITED STATES DISTRICT JUDGE