IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRIAN FEWELL,

    Plaintiff,

v.                                      Case No. 1:21-cv-00398-KG-SCY

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security Administration,

    Defendant.

STIPULATED ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

THIS MATTER is before the Court on Plaintiff's unopposed Motion for Attorneys Fees and Costs Pursuant to the Equal Access to Justice Act filed on 06/14/2022 (Doc. 32), in which the parties stipulate to awarding Plaintiff attorney's fees and costs under the Equal Access to Justice Act in the amount of $4,839.00 and $402.00, respectively.

IT IS THEREFORE ORDERED that Plaintiff be awarded $4,839.00 in attorney fees and $402.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See *Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED that if Plaintiff's counsel receives attorney fees under both EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED BY:

*/s/*

Benjamin Eilers Decker
Decker Law Office, LLC
P.O. Box 92740
Albuquerque, NM 87199
P (505) 369-6272
F (505) 859-7713
ben@deckerlawoffice.com
*Attorneys for Plaintiff Michael Brian Fewell*

APPROVED BY:

/s/ by email 06/14/2022

Dorrelyn K. Dietrich
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
United States
dorrelyn.dietrich@ssa.gov
*Attorneys for Defendant*